◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

JAMES ELLIOTT, Appellant. [598 NYS2d 755] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant knowingly, voluntarily and intelligently waived his right to appeal *(see, People v Saunders,* 190 AD2d 1092). Were we to review the issue whether the sentence imposed was harsh and excessive, we would conclude that it lacks merit. (Appeal from Judgment of Supreme Court, Erie County, Kasler, J.—Robbery, 1st Degree.) Present—Denman, P. J., Pine, Balio, Fallon and Boehm, JJ.